UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN WOHR,<br><br>                             Plaintiff,<br><br>  - against -<br><br>MASHABLE, INC.<br><br>                            Defendant. | Docket No. 1:19-cv-1318<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Carolyn Wohr ("Wohr" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Mashable, Inc. ("Mashable" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a dog playing with a garden sprinkler in Dallas Texas to beat the summer heat, owned and registered by Wohr. Accordingly, Wohr seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and transacts business in New York and is registered with the New York Department of State Division of Corporations.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Wohr lives at 715 Lakeland Road, Lake Dallas, Texas 75065.

6.      Upon information and belief, Mashable is a foreign business corporation organized and existing under the laws of the State of Delaware, with a place of business at 114 5th Avenue, New York, New York 10011. Upon information and belief, Mashable is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, Mashable has operated a website at the URL: www.Twitter.com/Mashable (the "Twitter Page") and has owned and operated a website at the URL: www.Mashable.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Wohr photographed a dog playing with a garden sprinkler in Dallas Texas to beat the summer heat (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Wohr then licensed the Photograph to various media outlets.

9.      Wohr is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-116-086.

**B.     Defendant's Infringing Activities**

11.     On July 20, 2018, Mashable ran an article on the Website entitled *Dog drags sprinkler indoors, unleashing chaos in her wake*. See: https://mashable.com/2018/07/20/dog-brings-sprinkler-inside/#rRMXPye9Bkqo. The article featured the Photograph. A screenshot of the Photograph on the article is attached hereto as Exhibit B.

12.     On July 20, 2018, Mashable ran the Photograph on the Twitter Page. See Exhibit C.

13.     Mashable did not license the Photograph from Plaintiff for its article, nor did Mashable have Plaintiff's permission or consent to publish the Photograph on its Website or Twitter Page.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

14.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15.     Mashable infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website or Twitter Page. Mashable is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

16.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.


17. Upon information and belief, the foregoing acts of infringement by Mashable have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Mashable be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Irish be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any

kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

7. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

8. That Plaintiff be awarded pre-judgment interest; and

9. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 11, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Carolyn Wohr*